# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **GUARANTEE COMPANY NORTH AMERICA USA,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **CIVIL ACTION 09-0813-WS-M** |
| **GADCON, INC.,** ) ) | |
| **Defendant.** ) | |

## DEFAULT JUDGMENT

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED**, **ADJUDGED** and **DECREED** that a **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of the plaintiff, Guarantee Company North America USA, and against the defendant, Gadcon, Inc., in the total amount of **$134,438.36**.

DONE and ORDERED this 28th day of May, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE